RECEIVED
IN LAKE CHARLES, LA
SEP 2 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

VS.

MARTIN EDUARDO MARTINEZ-MACIEL

CASE NO. 07MJ2068-01

JUDGE MINALDI
MAGISTRATE JUDGE WILSON

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this mater, it is hereby ORDERED that:

NAME: HECTOR PONTON

ADDRESS: 242 W Spring Street

Lake Charles, LA 70605

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Lake Charles, Louisiana, this 27th day of September, 2007.

ALONZO P. WILSON, U S Magistrate Judge